NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH BURGESS, )
)
Appellant, )
)
v. )        Case No.  2D17-1497
)
STATE OF FLORIDA, )
)
Appellee. )
_____)

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Lee
County; Bruce Kyle, Judge.

Joseph Burgess, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

            Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.